UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In re Thomas Rios,

Plaintiff.

Case No. 2:26-cv-03341-APG-EJY

**ORDER**

On October 9, 2026, Plaintiff Thomas Rios attempted to initiate a lawsuit in this Court but neither submitted an application to proceed *in forma pauperis* ("IFP") nor a complaint. ECF No. 1. Instead, Plaintiff submitted a copy of the NDOC's administrative regulations. *See* ECF No. 1-1. To commence a new civil lawsuit, Plaintiff must file a complaint. Federal Rule of Civil Procedure 3 states: "A civil action is commenced by filing a complaint with the court." Local Special Rule 2-1 states: "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form."

Further, for an NDOC inmate to apply for *in forma pauperis* status, the inmate must submit a signed and completed IFP on this Court's approved form by an inmate in NDOC custody. *See* 28 U.S.C. §§ 1914, 1915(a)(1)–(2); Nev. Loc. Special R. 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

Accordingly, IT IS HEREBY ORDERED that to commence a new case Plaintiff **must**, no later than **November 16, 2026**, file a signed complaint on the Court's form in this matter.

IT IS FURTHER ORDERED that, no later than **November 16, 2026**, Plaintiff must either pay the full $405 filing fee or file a fully complete and signed IFP application.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint and either pay the required filing fee or file a complete IFP.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff: (a) the approved form application to proceed *in forma pauperis* for an inmate in NDOC custody with instructions; and (b) the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

DATED: October 16, 2026

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE